B6F (Official Form 6F) (12/07)

In re  Timothy Joseph Robertson  
                                                       Debtor                                            Case No.  09-33960

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Alain Pinel Realtors, Inc. <br> 1960 The Alameda <br> Suite 200 <br> San Jose, CA 95126 | | - | | | | | Unknown |
| Account No. <br><br> David Hamerslough <br> 1960 The Alameda <br> Suite 200 <br> San Jose, CA 95126 | | - | | | | | Unknown |
| Account No. <br><br> David Lyng <br> 2170 41st Avenue <br> Capitola, CA 95010 | | - | | | | | Unknown |
| Account No. <br><br> Diane Molnar <br> 2170 41st Avenue <br> Capitola, CA 95010 | | - | | | | | Unknown |
| **1** continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com     S/N:40220-101029     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Timothy Joseph Robertson ,  Case No. 09-33960
              Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kimberly M. Teves<br>1607 Ocean Street, Suite 7<br>Santa Cruz, CA 95060 | | - | | | | | Unknown |
| Account No.<br><br>Sharlyn Bois<br>PO Box 7008<br>Santa Cruz, CA 95061 | | - | | | | | Unknown |
| Account No.<br><br>Sheryln Bois<br>aka Sheryl Robertson<br>64 Vista Verde Circle<br>Watsonville, CA 95076 | | - | | | | | Unknown |
| Account No.<br><br>Tom Dexel<br>501 Vineyard Town Center<br>Morgan Hill, CA 95037 | | - | | | | | Unknown |
| Account No. | | | | | | | |

Sheet no. **1** of **1** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

Total (Report on Summary of Schedules)  0.00

# United States Bankruptcy Court
## Northern District of California

In re: **Timothy Joseph Robertson**
Debtor(s)

Case No. **09-33960**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of __2__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  11/19/2010

Signature /s/ Timothy Joseph Robertson
Timothy Joseph Robertson
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.